

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS

ENTERED
12/27/2019

IN RE:  
Paul Pederson

CASE NO. 18–36741  
CHAPTER 13

Debtor(s)

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISTRY

The following motion is GRANTED:

*64* – Motion to Deposit Funds into the Court Registry Filed by Trustee William E. Heitkamp (Attachments: # 1 Proposed Order) (Heitkamp, William)

These unclaimed funds may be deposited into the Registry of the Court:

Amount: $ 855.19  
Owed to: PAUL ARNOLD PEDERSON

Signed and Entered on Docket: 12/27/19.

by: <u>Kristy Love</u>  
Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.