

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
12/27/2019

IN RE:  CASE NO. 18–36741
Paul Pederson  CHAPTER 13

    Debtor(s)

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISTRY

    The following motion is GRANTED:

*65* – Motion to Deposit Funds into the Court Registry Filed by Trustee William E. Heitkamp (Attachments: # 1 Proposed Order) (Heitkamp, William)

    These unclaimed funds may be deposited into the Registry of the Court:

        Amount: $ 200.00
        Owed to: PAUL ARNOLD PEDERSON

    Signed and Entered on Docket: 12/27/19.

                                                          by: <u>Kristy Love</u>
                                                              Deputy Clerk

    This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.